PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P.O. Box 5843
Oakland, CA   94605
Telephone:   (510) 452-0292
E-mail:   pamela@pypesq.com

Attorneys for Plaintiff
ERICA AVILES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA AVILES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, a government agency and CHRISTOPHER CHERNISS, a supervisory agent of the California Dept. Of Corrections, and DOES 1 - 10, inclusive,<br><br>　　　　Defendants. | NO.  2:20-cv-01089-MCE-DB<br><br>**STIPULATION TO AMEND COMPLAINT AND REMAND CASE TO STATE COURT** |

　　　COMES NOW Plaintiff ERICA AVILES and Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR) and CHRISTOPHER CHERNISS and hereby stipulate pursuant to Federal Rules of Civil Procedure, Rule 15(a), that Plaintiff ERICA AVILES may file a First Amended Complaint to correct the name of Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and remove the Fifth and Sixth causes of action for violation of 42 U.S.C. Section 1983, and that upon filing of said Complaint, the Court may enter an Order remanding this matter to the Solano County Superior Court forthwith.   (A true and correct copy of the proposed First Amended Complaint is attached hereto.)

　　　The parties further stipulate and agree that Defendants' responses to the First Amended Complaint will be due twenty-one (21) days after the case is remanded to the State Court.   By this Stipulation, the parties do not waive any rights.

-1-
STIPULATION TO AMEND AND REMAND COMPLAINT (2:20-cv-01089-MCE-DB)

13524P201

| | | |
|---|---|---|
| Dated: June 17, 2020 | | LAW OFFICE OF PAMELA Y. PRICE |
| | | /s/ **Pamela Y. Price** |
| | | PAMELA Y. PRICE, Attorney for Plaintiff ERICA AVILES |
| Dated: June 17, 2020 | | CALIFORNIA DEPT. OF JUSTICE |
| | | /s/ **Jinnifer Pitcher** |
| | | JINNIFER PITCHER, Attorneys for Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |
| Dated: June 17, 2020 | | ANDRADA & ASSOCIATES |
| | | /s/ **Lynne G. Stocker** |
| | | LYNNE G. STOCKER, Attorneys for Defendant CHRISTOPHER CHERNISS |
| Dated: June 17, 2020 | | ANDRADA & ASSOCIATES |
| | | /s/ **J. Randall Andrada** |
| | | J. RANDALL ANDRADA, Attorneys for Defendant CHRISTOPHER CHERNISS |

**ORDER**

Pursuant to the foregoing stipulation of the parties, and upon good cause appearing therefor, **IT IS HEREBY ORDERED** that Plaintiff may file a First Amended Complaint forthwith.  Upon filing of said First Amended Complaint, the Court further orders that this matter shall be remanded forthwith to the originating state court, the Superior Court of the State of California in and for the County of Solano, for final adjudication pursuant to 28 U.S.C. Section 1447(c).  A certified copy of the Order of Remand shall be mailed by the Clerk of this Court to the Clerk of the Solano County Superior Court.  The Clerk of this Court shall thereafter close its file here.

IT IS SO ORDERED.

Dated: June 29, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE